FILED
NOV 30 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Russell W Smith                    3629689

*(Enter above the full name of the plaintiff or plaintiffs in this action).*    *(Inmate Reg. # of each Plaintiff)*

**VERSUS**         CIVIL ACTION NO. 2:18-cv-1479
                   *(Number to be assigned by Court)*

South Central Regional Jail and Medical department

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

I.  **Previous Lawsuits**

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

       Yes _____    No __✓__

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: _____

   _____

   _____

   Defendants: _____

   _____

   _____

2. Court (if federal court, name the district; if state court, name the county);

   _____

   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned:

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

2

II. **Place of Present Confinement:** South Central Regional Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓      No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓      No ____

    C. If you answer is YES:

        1. What steps did you take? Filed Grievance, Told Nurses repeatedly, Told Guards

        2. What was the result? No Results.. was told that th antibiotics would take care of it.

    D. If your answer is NO, explain why not: Nurses Denied my Right to Sign waivers from spending 24hr period in medical. With fellow persons with mrsa.

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Russell William Smith 3629689

       Address: 1001 Centre Way, Charleston WVA 25309

    B. Additional Plaintiff(s) and Address(es): ____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.  Defendant: _____

   is employed as: _____

   at _____

D.  Additional defendants: _____

_____

_____

_____

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

After telling the Nurse of a BB Like bump on my ® hand the Nurse observed it and said that we would keep an eye on it. Every day at med-call I would ask the Nurse to look and I'd ask to see the Dr. I kept getting put off. Finally 5-8 days later after it has had the chance to abscess the Dr. looked at it and sent me to the ER at a hospital in Charleston WVa. The attending Physician decided I needed surgery to get rid of the infection. In the report it was mentioned the possibility of loosing my hand or of blood poisoning. —

After surgery & 4 days in the hospital, I was taken back to the Jail where I was told I "had" (could not sign a waiver) to stay in medical for 24 hrs. After complaining and stating several times that I did not want to stay in medical and wished to sign a waiver — I was put in a cell with another inmate (disturbed) who had an open wound of mercer the size of an orange on his R leg. While receiving our dinner I was kneed in the head by the inmate. And returned to the hospital.

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I wish to sue the Jail for neglegence and desfigurement due to incompetency in my evaluation and handling. I am a dissabled Veteran.

I am seeking monetary funds for the discomfort, and disfiguration coused by incompetance.

V.  **Relief (continued)):**

_____
_____
_____
_____
_____

VII. **Counsel**

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes ✓    No ____

If so, state the name(s) and address(es) of each lawyer contacted:

_No contacts have been made since I'm in Jail._

If not, state your reasons: _I am still in Jail_

_____

    C.    Have you previously had a lawyer representing you in a civil action in this court?

        Yes ____    No ✓

Case #1

Russell Smith VS. State of WV.

After my arrest, the arresting officer told the court at my arraignment that I had been caught with 49 lbs of marijuana.
He told the court at the arraignment, at my bond reduction hearing, my states attorney, and judge. He has committed perjury on several occassions.

Case #2

After letting the nurses know that I had MRSA on my hand and I needed to see a Dr. I was put off repeatedly, told to wait and the aide-brotherss would take care of it. The nurse then took a pen and drew a circle around it and said if it gets any bigger to let her know! It did and I told her. Still no Dr. Finally after it had grown so large and painful and busted on its own I was taken to see the jail Dr. who emediatly sent me to the emergency room in Charleston where I stayed for 4 days and had surgery before leaving my hand from an absess!

Case #3

After returning from the hospital, after surgery on my hand I was forced to stay in the jail's medical dept. for 24 hrs. (They told me I could not sign a waiver). I was put in a room with a black male, who had an open wound of staph (mrsa

already developed on his leg. After repeatedly stating I did not want to go into the cell with him. I was forced in. Later that day I was blind sided by the inmate with a knee to the head. And was returned to the hospital with damage to my left eye.

OFFICIAL SEAL
NOTARY PUBLIC, STATE OF WEST VIRGINIA
SYDNEE E. KUHN
SOUTH CENTRAL REGIONAL JAIL
1001 CENTRE WAY
CHARLESTON, WV 25309
MY COMMISSION EXPIRES DECEMBER 13, 2021

City/County of Charleston/Kanawha
State of West Virginia
I certify this to be the original document on this
26th day of November, 2018

*Sydnee E. Kuhn* Notary Public
My commission expires December 13, 2021

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20 __11-28-18__

_____
_____
_____
_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11-26-18__.
              (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

OFFICIAL SEAL
NOTARY PUBLIC, STATE OF WEST VIRGINIA
SYDNEE E. KUHN
SOUTH CENTRAL REGIONAL JAIL
1001 CENTRE WAY
CHARLESTON, WV 25309
MY COMMISSION EXPIRES DECEMBER 13, 2021

City/County of __Charleston / Kanawha__
State of West Virginia
I certify this to be the original document on this
__26th__ day of __November__, __2018__
__Sydnee E. Kuhn__ Notary Public
My commission expires __December 13, 2021__

7